AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ Gregory T. Murphy |
| Date | Signature |
|  | Print Name                              Bar Number |
|  | Address |
|  | City            State            Zip Code |
|  | Phone Number                          Fax Number |

**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Rogelio Tovar-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1880 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ROGELIO TOVAR-HERNANDEZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    June 24, 2008            /s/ Gregory T. Murphy
                        **GREGORY T. MURPHY**
                        Federal Defenders of San Diego, Inc.
                        Attorneys for Rogelio Tovar-Hernandez